**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23-cv-3381 |
| v. | ) | |
| | ) | Honorable Sara L. Ellis |
| ROGER TYRE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD AND TO FILE JOINT STATUS REPORT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Roger Tyre ("Tyre") respectfully requests that this Court grant a 30-day extension of time, to and including **August 21, 2023**, to answer or otherwise respond to Plaintiff's Complaint and by which the parties must file their joint status report. In support of this motion, Tyre states as follows:

1. On June 13, 2023, this Court issued a Minute Order in which the parties were ordered to file a joint initial status report by July 25, 2023. *See* Dkt. 8.

2. As set forth in the Court's July 3, 2023 Minute Order, the Court extended until July 20, 2023 the deadline for the filing of Tyre's s answer or other responsive pleading. *See* Dkt 13.

3. Tyre now seeks an extension to August 21, 2023 to answer or otherwise plead to the Complaint. This extension is sought in good faith and not for the purposes of delay. The reason for this extension is that the parties are continuing to engage in productive settlement communications. Accordingly, Tyre requests that the Court grant the requested extension so that the parties can focus on their settlement efforts. Neither party will be prejudiced by this extension.

4. On July 19, 2023, Tyre's counsel conferred with counsel for Plaintiff, and Plaintiff has no objection to the relief sought by this motion.

WHEREFORE, for the reasons set forth above, defendant Roger Tyre respectfully requests that the Court enter an order allowing him to and including **August 21, 2023** to answer or otherwise respond to the Complaint.

Dated: July 19, 2023             Respectfully submitted,

                                              **ROGER TYRE**

Mark H. Horwitch                  By:     s/ Mark H. Horwitch
Katherine M. O'Brien                       One of His Attorneys
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, Suite 700
Chicago, IL 60604
Tel: (312) 762-9450
mhorwitch@tdrlaw.com
kobrien@tdrlaw.com